UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

WILLIS MILLER,

    Plaintiff,

v.      Case No. 3:21-cv-214-MMH-MCR

DOCTOR G. ESPINO, et al.,

    Defendants.

_____

## ORDER

Plaintiff's request to direct service of process of the Amended Complaint (Doc. 35) is **DENIED**. See Order (Doc. 34) (advising that the six service copies provided by Plaintiff do not match the Amended Complaint).

In light of Plaintiff's apparent confusion and indecipherable pleadings (Docs. 36, 37), the Court sua sponte extends the time for Plaintiff to file a second amended complaint and provide **six identical copies** of the second amended complaint in compliance with the Court's June 29, 2021 Order (Doc. 34) by **August 30, 2021**. **The Court will not look favorably on any future request to extend this deadline.** Plaintiff's failure to timely comply may result in the dismissal of this case without further notice.

**DONE AND ORDERED** at Jacksonville, Florida, this 20th day of July, 2021.

*[signature]*
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

caw 7/19
c:
Willis Miller, #130949