WILLIS MILLER,

        Plaintiff,

v.                                 Case No. 3:21-cv-214-MMH-MCR

DOCTOR G. ESPINO, et al.,

        Defendants.

_____

### ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiff's request for dismissal without prejudice (Doc. 46) is **GRANTED**. This case is **DISMISSED without prejudice** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

The **Clerk** shall enter judgment dismissing this case without prejudice, terminate any pending motions, and close the file.

**DONE AND ORDERED** at Jacksonville, Florida, this 11th day of August, 2021.

**MARCIA MORALES HOWARD**
United States District Judge

caw 8/9
c:
Willis Miller, #130949